UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A. TEICHERT & SON, INC.,
et al.,

         Plaintiffs,

    v.

PICERNE CONSTRUCTION CORP.,
et al.,

         Defendants.
                                      /

NO. CIV. S-10-0036 LKK/KJN

O R D E R

In five separate cases, subcontractors filed suit in state court against defendants Picerne Construction Corp. and Castellino Villas, A K.F. LLC. These cases were consolidated, and defendant Castellino removed the matter from state court. Although Castellino indicates that all five cases were removed together, plaintiffs from only four of the five state court cases appear on the docket here. The fifth plaintiff, Hemington Landscape Services, Inc., is not listed on the docket in this case, has not stated an appearance, and has not made any filings before this court.

1

1    Pending before the court are a notice of related cases and a
2 motion to remand. As to the notice of related cases, one of the
3 two cases argued to be related to this matter (a dispute between
4 the defendants in this case) has already been remanded to state
5 court. <u>Picerne Construction Corp. v. Castellino Villas, a K.F.</u>
6 <u>LLC, et al.</u>, No. 2:09-cv-03116-MCE-JFM (E.D. Cal. Feb. 12, 2010).
7 The other case has been transferred to the Central District of
8 California. <u>Castellino Villas AKF, LLC, et al. v. Evanston Ins.</u>
9 <u>Co. et al.</u>, No. 2:09-cv-02973-FCD-EFB (E.D. Cal. Jan. 13, 2010).
10 Because both cases were closed after limited proceedings, the
11 undersigned concludes that reassignment of this matter to either
12 of the judges who presided over these cases is unnecessary. E.D.
13 Cal. Local Rule 123(a).
14    The motion to remand was filed by plaintiff A. Teichert & Son,
15 Inc. (Dkt. No. 10). All other parties to have stated an appearance
16 (including the removing defendant) have filed statements of non-
17 opposition to this motion.
18    For these reasons, the court DECLINES to relate this case to
19 any other matter, and the court GRANTS the motion to remand (Dkt.
20 No. 10). This case is REMANDED to state court.
21    IT IS SO ORDERED.
22    DATED: March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2