# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**A. TEICHERT  SON, INC., ET AL.,**

CASE NO: **2:10–CV–00036–LKK–KJN**

v.

**PICERNE CONSTRUCTION CORP., ET AL.,**

_____

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/10/2010**

    **Victoria C. Minor**
Clerk of Court

ENTERED:  **March 10, 2010**

by:  /s/  M. Marciel_____
    Deputy Clerk